OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

PETER T. DALLEO
Clerk

LOCKBOX 18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170

September 15, 2006

Superior Court of the District of Columbia

Moultrie Courthouse

Attn: Dan Cipullo, Division Director
500 Indiana Avenue, N.W., 4th floor - west
Washington, D.C. 20001

Re: USA v. Byrd
Case Number: 06-108M (MPT)
Charging District Case Number: 06-2831

**Dear Clerk:**

Enclosed please find the original record together with a certified copy of the docket entries in the above referenced case.

Please acknowledge receipt of the documents on the enclosed duplicate of this letter.

Sincerely,

*[signature]*

E. Evette Watson
Deputy Clerk

eew
enclosure

I hereby acknowledge receipt of the record in the above referenced case on _9-25-06_ .
                                        (date)

_____
Signature

_____
Title